161 A.3d 172

**GREEN PARTY OF PENNSYLVANIA and Cheri Honkala, Appellants**

v.

**DEPARTMENT OF STATE BUREAU OF COMMISSIONS, ELECTIONS AND LEGISLATION and Commonwealth of Pennsylvania, Appellees**

**No. 11 MAP 2017**

Supreme Court of Pennsylvania.

SUBMITTED: February 23, 2017

DECIDED: March 3, 2017

Samuel C. Stretton, Esq., Law Office of Samuel C. Stretton, for Appellants.

Howard Greeley Hopkirk, Esq., Kenneth Lawson Joel, Esq., Nicole Jeanne Radziewicz, Esq., Pennsylvania Office of Attorney General, Kathleen Marie Kotula, Esq., Pennsylvania Department of State, Joshua D. Shapiro, Esq., for Appellees.

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of March, 2017, the order of the Commonwealth Court is **AFFIRMED.**

Opinion to follow.

Justices Donohue, Dougherty and Wecht dissent.